UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:99 CV 269-MU

_____

SUZANNE CLONTZ,

    Plaintiff,

vs.

IHS LONG-TERM CARE, INC.,
and ABE BRIARWOOD CORP.,

    Defendants.

_____

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
AND FOR SUBSTITUTION OF PARTIES

This matter came before the court for consideration of a motion filed by Plaintiff seeking leave to file an Amended Complaint, and to substitute Abe Briarwood Corp. and IHS Long-Term Care, Inc. as the successor Defendants, pursuant to Rules 15, 19, 21 and 25 of the Federal Rules of Civil Procedure. Having reviewed the pleadings and other matters of record, the court finds that there is good cause for allowing the relief sought. The court therefore has concluded that the motion should be ALLOWED, and that Abe Briarwood Corp, and IHS Long-Term Care, Inc. should be named as defendants in place of Integrated Health Services, Inc. and the IHS Lont term Disability Plan.

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion for Leave to File an Amended Complaint and for Substitution of Parties is hereby GRANTED. Upon entry of this order, plaintiff shall electronically file the Amended Complaint attached to her Motion with the Clerk of Court. Plaintiff shall also submit appropriate summonses directed to the two new parties for issuance by the Clerk of Court.

2. The clerk shall be directed to accept and file the Amended Complaint and to issue summonses tendered by plaintiff and directed to the new parties, IHS Long-Term Care, Inc., and Abe Briarwood Corp.

3. The original defendants in this action, Integrated Health Services, Inc., and the IHS Group Disability Income Plan shall be DISMISSED as parties.

4. The cation in this action shall be amended to show the names of the two new defendants.

5. Once the amended complaint has been filed and the summonses issued, plaintiff shall be directed to arrange for service of process on the new defendants, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Signed: July 23, 2006

Graham C. Mullen
United States District Judge