IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:99 CV 269**

| | ) | |
|---|---|---|
| SUZANNE CLONTZ, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| IHS LONG TERM CARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    THIS MATTER is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Wednesday, April 11, 2007, at 11:15 a.m.**

    IT IS SO ORDERED.

    Signed: March 27, 2007

Graham C. Mullen
United States District Judge